ACCEPTED
03-15-00429-CV
6930463
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/15/2015 12:46:55 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00429-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/15/2015 12:46:55 PM
JEFFREY D. KYLE
Clerk

Dennis Draper, Greg Hadley, and Charles Huston,

Appellants,

v.

Austin Manufacturing Services, I, Inc.,

Appellee.

On Appeal from No. D-1-GN-09-004416, in the 353rd Judicial District Court, Travis County
Honorable Orlinda Naranjo, Presiding

**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
BRIEF OF APPELLANTS**

TO THE HONORABLE COURT OF APPEALS:

Appellants Dennis Draper, Greg Hadley, and Charles Huston (the Individual Guarantors) file this Unopposed Motion for Extension of Time to File their Brief of Appellants, and in support states as follows:

1.      Appellants' brief is currently due on September 16, 2015. Appellants seek a seven-day extension of the deadline, and request that the deadline be extended to September 23, 2015. This is Appellants' first request for an extension.

1

2. The extension is sought for two reasons. First the extension has become necessary given conflicts with other pending and time-sensitive matters that have arisen during the interim between the filing of the record on appeal and the due date for the filing of the brief. These include, among other things, the September 4, 2015 filing of the Brief of Appellant in 08-15-00219-CV, *Target Strike, Inc. v. Strasburger & Price, LLP*, in the Eighth District Court of Appeals. Additionally, other matters with urgent time sensitivity have recently arisen that cannot be detailed publicly but that have required counsel's attention. These include strategy sessions, research, and drafting on matters that will affect the prosecution and/or defense on behalf of various other clients in other cases. Finally, the undersigned's services to the State Bar of Texas Appellate section, including serving as a substitute speaker at last week's "Appellate 101" course, and preparation for and participation in the Appellate Section's Annual Meeting and its follow-up Committee meeting (preparing treasurer's report and proposed budget as outgoing Section Treasurer, and coordinating transition to new treasurer) all generated a time conflict.

3. The extension is sought for another reason. In the process of drafting the Brief of Appellant, it became apparent to the undersigned that copies of exhibits to the Plaintiff's Original Petition were inadvertently omitted from the Clerk's Record. The undersigned intends to request that the district clerk file a

supplemental clerk's record containing those exhibits so they may be properly cited in the briefing. A seven-day extension is requested to provide time to accommodate the clerk's office in that regard.

4.    No previous extensions have been sought and no party will be prejudiced by this requested extension. Opposing counsel graciously indicated they do not oppose this motion. An extension of the deadline for filing the Brief of Appellants will allow for the preparation of an appropriate brief that addresses substantial issues arising in the course of a multi-day bench trial. This extension is sought not for the purpose of delay, but rather so that the issues in this case may be properly briefed.

## PRAYER FOR RELIEF

Appellants thus respectfully request that this Court grant the extension until September 23, 2015.

Respectfully submitted,

/s/ *Michael S. Truesdale*
Michael S. Truesdale

LAW OFFICE OF MICHAEL S. TRUESDALE, PLLC
State Bar No. 00791825
801 West Avenue, Suite 201
Austin, TX 78701
512-482-8671
866-847-8719 (fax)
mike@truesdalelaw.com
Counsel for Dennis Draper, Greg Hadley and Charles Huston

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Christopher Kratovil (appellate counsel for Appellee Austin Manufacturing Services I, Inc.) and was informed that he does not oppose the relief requested herein.

*/s/ Michael S. Truesdale*
Michael S. Truesdale

## CERTIFICATE OF SERVICE

On September 15, 2015, the undersigned certifies that he served a copy of this Motion for Extension of Time on the following via e-service, in compliance with Texas Rules of Appellate Procedure 9.5 and 25.1(e):

Brian A. Colao
bcolao@dykema.com
Christopher Kratovil
ckratovil@dykema.com
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201

Counsel for Appellee Austin
Manufacturing Services

Shane M. Boasberg
shaneb@law-smb.com
The Law Offices of Shane M.
Boasberg, P.C.
2901 Bee Caves Road,
Commissioner's House, Box E
Austin, Texas 78746

Counsel for Assistant Pro, Inc., TQI
Corporation, and Darryl Cornish

*/s/ Michael S. Truesdale*
Michael S. Truesdale
SBN 00791825

4